FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2010 SEP 14 ᗡ 3: 18

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

FREDRICK BERNARD FRAZIER,

         Plaintiff,

v.                          Case No. 3:09-cv-909-J-20MCR

D. KENNINGTON, et al.,

         Defendants.

## ORDER DISMISSING DEFENDANT J. THOMAS WITHOUT PREJUDICE

On July 28, 2010, the Court ordered Plaintiff to inform the Court of the whereabouts of Defendant J. Thomas. Plaintiff was notified that his failure to do so would result in his dismissal from the action without further notice. As of the date of this order, Plaintiff has failed to do so. Accordingly, it is now

**ADJUDGED:**

1. **Defendant J. Thomas is DISMISSED** from this action without prejudice.

2. The Clerk of the Court shall enter partial dismissal accordingly.

**DONE AND ORDERED** at Jacksonville, Florida this ____ day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE

sa 9/2
c:
Fredrick Bernard Frazier
Ass't A.G. (Marks)